## STATE v. GORMAN.

Evidence, tending to show that the defendant kept ale for sale in his house at a certain time, is competent on the question whether spirituous liquor, which he kept there at the same time, was kept for sale.

INDICTMENT, for keeping spirituous liquor for sale. Officers who had searched the defendant's house, testified that they found in it a counter like a bar, a jug of whiskey, two jugs of gin, a barrel of ale on draught, a pitcher and two pails containing ale, and two tumblers with the froth of ale fresh upon them; and that the defendant, who was sitting with two other men near the bar at the time of the search, said to the officers,—" You've catched me fair." The defendant excepted to the admission of that part of the evidence relating to ale.

*G. W. Burleigh,* for the defendant.

*The Solicitor,* for the state.

SAWYER, J. The evidence, tending to show that the defendant kept the fermented liquor for sale in his house, was competent on the question whether the spirituous liquor, which he kept there at the same time, was kept for sale. *State* v. *LaPage,* 57 N. H. 245, 287, 301, 305.

*Exception overruled.*

ALLEN, J., did not sit.